UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
JAN 1 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| EDWARD K. METCALF,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>ANCHORAGE DAILY NEWS,<br><br>    Defendant - Appellee. | No. 04-36084<br>D.C. No. CV-03-00198-A-JWS<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/16/05



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 0 9 2006

by: Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD K. METCALF,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>ANCHORAGE DAILY NEWS,<br><br>    Defendant - Appellee. | No. 04-36084<br><br>D.C. No. CV-03-00198-A-JWS<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted December 5, 2005**

Before:     GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

Edward K. Metcalf appeals pro se the district court's judgment following a bench trial in favor of Anchorage Daily News ("ADN") in his wrongful termination action alleging he was fired in retaliation for filing a previous lawsuit against ADN. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for

---

    \*     This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

    \*\*     The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

clear error findings of fact, *Deegan v. Cont'l Cas. Co.*, 167 F.3d 502, 508-09 (9th Cir. 1999), and we affirm.

The district court did not clearly err in finding that Metcalf's first lawsuit against ADN was not a substantial motivating factor in ADN's decision to implement new agreements with its carriers, and require all carriers to sign a new contract to continue working for ADN. *See id; Knickerbocker v. City of Stockton*, 81 F.3d 907, 911 (9th Cir. 1996).

The district court did not abuse its discretion in denying Metcalf's untimely motion for a jury trial because Metcalf failed to give any reason for the untimeliness. *See Pacific Fisheries Corp. v. HIH Cas. & Gen. Ins., Ltd.*, 239 F.3d 1000, 1002 (9th Cir. 2001); *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1086-87 (9th Cir. 2002) (pro se status is not sufficient to grant relief from an untimely jury demand).

The district court did not abuse its discretion in denying Metcalf's motion for leave to amend, filed only one month prior to trial, because amendment would have caused undue delay and prejudice to ADN. *See Zivkovic*, 302 F.3d at 1087.

Metcalf's remaining contentions are unpersuasive.

ADN's motion for frivolous appeals damages is denied.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 0 9 2006

by:
Deputy Clerk