Form 10. Bill of Costs

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
DEC 30 2005
FILED 12-30-5
DOCKETED 1-3-6
DATE        INITIAL

## United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Edw. K. Metcalf    v. Anchorage Daily News        CA No. 04-36084

The Clerk is requested to tax the following costs against: Appellant Edward K. Metcalf

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 295 | $.10 | $206.50 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 38 | $.10 | 76.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $282.50 | | | TOTAL | $282.50 |

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 0 9 2006

by: _____
Deputy Clerk

**Form 10. Bill of Costs -** *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

I, _Parry Grover_, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _/s/ Parry Grover_
Date: _December 28, 2005_

Name of Counsel (printed or typed): _Parry Grover_
Attorney for: _Appellee Anchorage Daily News, Inc._

Date: _1-9-6_   Costs are taxed in the amount of $ _282.50_

Clerk of Court
By: _____, Deputy Clerk