```
                                              FILED

                                              SEP 3 0 2004

                                              UNITED STATES DISTRICT COURT
                                              DISTRICT OF ALASKA
                                              By _____ Deputy
```

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

EDWARD K. METCALF,
    Plaintiff,

v.                                          Case Number A03-0198 CV (JWS)

ANCHORAGE DAILY NEWS,
    Defendant.                          **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT judgment be entered in favor of defendant Anchorage Daily News, plaintiff Edward K. Metcalf take nothing, and the action be dismissed on the merits.
    Ninth Circuit Court of Appeals costs against plaintiff taxed in the amount of $282.50.*

APPROVED:

_/s/ John W. Sedwick_
JOHN W. SEDWICK
United States District Judge

                                          Michael D. Hall
Date: September 29, 2004        Clerk

*Note:* Award of prejudgment interest,    _/s/ Patricia Lemeta_
*costs and attorney's fees are governed*  (By) Deputy Clerk
*by D.Ak. LR 54.1, 54.3, and 58.1.*
PL 9/30/04

A03-0198--CV (JWS)
----------------------------------------
P. GROVER (DAVIS)    *judgment re-distributed 1/23/06 w/9CCA costs
R. METCALF
O&J 11746